

**IT IS ORDERED as set forth below:**

**Date: January 25, 2021**

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| In re: | | CASE NUMBER: |
|---|---|---|
| **RACHEL DORSEY,** | | **21-50338-PWB** |
| Debtor. | | CHAPTER 7 |

### ORDER GRANTING DEBTOR'S
### APPLICATION TO WAIVE THE CHAPTER 7 FILING FEE

Before the Court is Debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Docket No. 6) (the "Application"), filed on January 14, 2021. To be eligible for a waiver of the Chapter 7 filing fee under 28 U.S.C. § 1930(f), a debtor's annual income must be less than 150% of the official poverty guideline for the applicable household size, and a debtor must be unable to pay the fee in installments. Debtor reports a three-person household on the Application for which 150% of the poverty line is $32,940. Debtor's annual net income is less than the threshold amount for Debtor's household size. Debtor is also unable to pay the filing fee in installments because

Debtor's expenses equal Debtor's income, and Debtor has no other assets from which Debtor could reasonably be expected to pay the fee.  Accordingly, upon consideration of the Application, it is

**ORDERED** that the Application is **GRANTED**. This Order is subject to being vacated at a later time if developments in the administration of this case demonstrate that the waiver of the filing fee was unwarranted.

The Clerk of Court shall serve a copy of this Order on Debtor, the Chapter 7 Trustee, and the United States Trustee.

**[END OF DOCUMENT]**

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 21-50338-pwb |
| Rachel Dorsey | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: abs | Page 1 of 1 |
| Date Rcvd: Jan 25, 2021 | Form ID: pdf599 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rachel Dorsey, #A3, 5058 Jonesboro Rd, Union City, GA 30291-1972 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 27, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| S. Gregory Hays | ghays@haysconsulting.net saskue@haysconsulting.net;GA32@ecfcbis.com |

TOTAL: 2